1  Frank P. Kelly (SBN: 083473)
   fkelly@shb.com
2  Randall Haimovici (SBN: 213635)
   rhaimovici@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 ISABELA ANTONIA HUGHES JAMES, by        Case No. C08-02726
   and through her Guardian Ad Litem JOHN LES
13 HUGHES; JENNIFER HARDY,                 FORD MOTOR COMPANY'S
                                           CERTIFICATION OF INTERESTED
14              Plaintiffs,                ENTITIES OR PERSONS
                                           (LOCAL RULE 3-16)
15       vs.

16 FORD MOTOR COMPANY; and DOES            Amended Complaint filed: March 26, 2008
   1 through 100, inclusive,
17
                Defendants
18

19

*E-filing*

*ORIGINAL FILED MAY 30 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*ADR*

*EMC*

140503V1

                                           FORD MOTOR COMPANY'S
                                    CERTIFICATION OF INTERESTED ENTITIES
                                         OR PERSONS (LOCAL RULE 3-16)
                                                 CASE NO. _____

1  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant Ford Motor
2  Company certifies that other than the listed parties, no other parties have a direct, pecuniary interest
3  in the outcome of this case.

Dated: May 30, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
FRANK P. KELLY
RANDALL HAIMOVICI

Attorneys for Defendant
FORD MOTOR COMPANY