1   Frank P. Kelly (SBN: 083473)
    fkelly@shb.com
2   Randall Haimovici (SBN: 213635)
    rhaimovici@shb.com
3   SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
4   San Francisco, California 94104-2828
    Telephone:   415.544.1900
5   Facsimile:   415.391.0281

6   Attorneys for Defendant
    FORD MOTOR COMPANY

7

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  ISABELA ANTONIA HUGHES JAMES, by          Case No. C08-02726
    and through her Guardian Ad Litem JOHN LES
13  HUGHES; JENNIFER HARDY,                   **FORD MOTOR COMPANY'S
                                              DISCLOSURE STATEMENT FILED
14              Plaintiffs,                   PURSUANT TO FED. R. CIV. P.7.1(A)**

15      vs.                                   Amended Complaint filed: March 26, 2008

16  FORD MOTOR COMPANY; and DOES
17  1 through 100, inclusive,

18              Defendants

19

20

21

22

23

24

25

26

27

28

- 1 -

140501v1

- 2 -

1  Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Ford Motor Company
2  states that Ford Motor Company is and has always been a wholly-owned corporation since its
3  date of incorporation in the State of Delaware on July 9, 1919. Based on currently available
4  information, no publicly-held company or investment fund holds a 10% or greater ownership in
5  Ford Motor Company.

7  Dated: May 30, 2008                    Respectfully submitted,

8                                         SHOOK, HARDY & BACON L.L.P.

10                                        By: _____ For
11                                        FRANK P. KELLY
                                          RANDALL HAIMOVICI

12                                        Attorneys for Defendant
13                                        FORD MOTOR COMPANY