E-filing

Frank P. Kelly (SBN: 083473)
fkelly@shb.com
Randall Haimovici (SBN: 213635)
rhaimovici@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

ORIGINAL FILED
MAY 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES; JENNIFER HARDY,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants | Case No. C08-02726<br><br>CERTIFICATE OF SERVICE |

EMC

---

CERTIFICATE OF SERVICE
CASE NO. _____

140492V1

## CERTIFICATE OF SERVICE

The undersigned declare: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104, my facsimile number is (415) 391-0281. On the date shown below I served the following document(s):

- **NOTICE OF REMOVAL OF ACTION BY DEFENDANT FORD MOTOR COMPANY UNDER 28 U.S.C. §§ 1441, 1446 AND 1332 (DIVERSITY) AND REQUEST FOR JURY TRIAL ;**

- **CIVIL CASE COVER SHEET;**

- **DEFENDANT FORD MOTOR COMPANY'S NOTICE TO PLAINTIFFS OF FILING OF NOTICE OF REMOVAL IN FEDERAL COURT;**

- **FORD MOTOR COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16); and**

- **FORD MOTOR COMPANY'S DISCLOSURE STATEMENT FILED PURSUANT TO FED. R. CIV. P. 7.1(a).**

on the interested parties named herein and in the manner indicated below:

| Attorneys for Plaintiffs<br>ISABELA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES; JENNIFER HARDY | David K. Dorenfeld, Esq.<br>Bradley A. Synder, Esq.<br>SNYDER & DORENFELD, LLP<br>5010 Chesebro Road<br>Agoura Hills, CA 91301<br>Tel:   (818) 865-4000<br>Fax:  (818) 865-4010 |
|---|---|

X_____**BY EXPRESS MAIL NEXT DAY DELIVERY, AN OVERNIGHT DELIVERY SERVICE:** I served the documents by placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to FEDERAL EXPRESS Air Service Center, on **May 30, 2008,** to be delivered by their next business day delivery service on **June 2, 2008,** to the addressee designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **May 30, 2008,** at San Francisco, California.

_____
Sy Vang

140492V1

CERTIFICATE OF SERVICE
CASE NO. _____