1  Frank P. Kelly (SBN: 083473)
   fkelly@shb.com
2  Randall Haimovici (SBN: 213635)
   rhaimovici@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY

7

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 ISABELA ANTONIA HUGHES JAMES, by      Case No. C08-02726 EMC
   and through her Guardian Ad Litem JOHN LES
13 HUGHES; JENNIFER HARDY,                NOTICE TO UNITED STATES
                                          DISTRICT COURT THAT NOTICE OF
14              Plaintiffs,               REMOVAL OF ACTION HAS BEEN
                                          FILED IN STATE COURT
15
         vs.
16                                        Amended Complaint filed: March 26, 2008
   FORD MOTOR COMPANY; and DOES
17 1 through 100, inclusive,

18              Defendants

19

20

21

22

23

24

25

26

27

28
                                - 1 -           NOTICE TO U.S.D.C. THAT NOTICE
                                                 OF REMOVAL OF ACTION HAS
                                                  BEEN FILED IN STATE COURT
   140504v1                                                 CASE NO.

*Stamp: ORIGINAL FILED MAY 30 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

1  TO THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF:

2  **PLEASE TAKE NOTICE** that on May 30, 2008 Defendant FORD MOTOR
3  COMPANY filed a Notice in the Superior Court of the State of California for the County of
4  Alameda, informing the Superior Court that Defendants have removed this action from Alameda
5  Superior Court to the United States District Court for the Northern District of California.

7  Dated: May 30, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
FRANK P. KELLY
RANDALL HAIMOVICI

Attorneys for Defendant
FORD MOTOR COMPANY

140504v1

- 2 -

NOTICE TO U.S.D.C. THAT NOTICE
OF REMOVAL OF ACTION HAS
BEEN FILED IN STATE COURT
CASE NO.