1   Frank P. Kelly (SBN: 083473)
    fkelly@shb.com
2   Randall Haimovici (SBN: 213635)
    rhaimovici@shb.com
3   SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
4   San Francisco, California  94104-2828
    Telephone:    415.544.1900
5   Facsimile:    415.391.0281

6   Attorneys for Defendant
    FORD MOTOR COMPANY

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  ISABELA ANTONIA HUGHES JAMES, by        Case No. C08-02726 EMC
    and through her Guardian Ad Litem JOHN LES
12  HUGHES; JENNIFER HARDY,                  **CERTIFICATE OF SERVICE**

13              Plaintiffs,

14          vs.

15

16  FORD MOTOR COMPANY; and DOES
    1 through 100, inclusive,

17

18              Defendants

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2        The undersigned declare: I am over the age of 18 years and not a party to the within

3  action. I am employed in the county where this service occurs. My business address is 333 Bush

4  Street, Suite 600, San Francisco, California 94104, my facsimile number is (415) 391-0281. On

5  the date shown below I served the following document(s):

6

7
- **NOTICE TO UNITED STATES DISTRICT COURT THAT NOTICE OF REMOVAL OF ACTION HAS BEEN FILED IN STATE COURT**

8  on the interested parties named herein and in the manner indicated below:

| Attorneys for Plaintiffs<br>ISABELA ANTONIA HUGHES JAMES, by<br>and through her Guardian Ad Litem JOHN<br>LES HUGHES; JENNIFER HARDY | David K. Dorenfeld, Esq.<br>Bradley A. Synder, Esq.<br>SNYDER & DORENFELD, LLP<br>5010 Chesebro Road<br>Agoura Hills, CA 91301<br>Tel:  (818) 865-4000<br>Fax:  (818) 865-4010 |
| --- | --- |

13

14  X    **BY EXPRESS MAIL NEXT DAY DELIVERY, AN OVERNIGHT DELIVERY**

15      **SERVICE:** I served the documents by placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such

16      envelope(s) to be delivered to FEDERAL EXPRESS Air Service Center, on **May 30, 2008,** to be delivered by their next business day delivery service on **June 2, 2008,** to the

17      addressee designated.

18      I declare under penalty of perjury under the laws of the State of California that the

19  foregoing is true and correct.

20      Executed on **May 30, 2008,** at San Francisco, California.

21                        _____

Sy Vang

140499v1