1 | Frank P. Kelly (SBN: 083473)
fkelly@shb.com
2 | Randall Haimovici (SBN: 213635)
rhaimovici@shb.com
3 | SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
4 | San Francisco, California 94104-2828
Telephone:    415.544.1900
5 | Facsimile:    415.391.0281

6 | Attorneys for Defendant
FORD MOTOR COMPANY
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | ISABELA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES; JENNIFER HARDY,

Case No. C 08-02726 EMC

12 |

CERTIFICATE OF SERVICE TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION HANDOUT

13 | Plaintiffs,

14 | vs.

15 | FORD MOTOR COMPANY; and DOES 1 through 100, inclusive,

16 |

17 | Defendants

18

19

20

21

22

23

24

25

26

27

28

140790V1

# **CERTIFICATE OF SERVICE**

The undersigned declare: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104, my facsimile number is (415) 391-0281. On the date shown below I served the following document(s):

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

- **NOTICE OF CASE ASSIGNMENT OF A CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

- **ECF REGISTRATION INFORMATION HANDOUT**

on the interested parties named herein and in the manner indicated below:

| Attorneys for Plaintiffs<br>ISABELA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES; JENNIFER HARDY | David K. Dorenfeld, Esq.<br>Bradley A. Synder, Esq.<br>SNYDER & DORENFELD, LLP<br>5010 Chesebro Road<br>Agoura Hills, CA 91301<br>Tel:   (818) 865-4000<br>Fax:  (818) 865-4010 |
|---|---|

X     **BY EXPRESS MAIL NEXT DAY DELIVERY, AN OVERNIGHT DELIVERY SERVICE:** I served the documents by placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to FEDERAL EXPRESS Air Service Center, on **June 2, 2008,** to be delivered by their next business day delivery service on **June 3, 2008,** to the addressee designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 2, 2008,** at San Francisco, California.

_____
Sy Vang