ORIGINAL

**SNYDER ♦ DORENFELD, LLP**
5010 Chesebro Road
Agoura Hills, California 91301
Telephone:  (818) 865-4000
Facsimile:   (818) 865-4010
DAVID K. DORENFELD, No. 145056

FILED
08 JUN 20 PM 2: 34
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

Attorneys for Plaintiffs
ISABELLA ANTONIA HUGHES JAMES, by and through
her Guardian Ad Litem JOHN LESS HUGHES;
JENNIFER HARDY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES; JENNIFER HARDY, <br><br>Plaintiffs, <br><br>vs. <br><br>FORD MOTOR COMPANY; and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No.  C-08-02726 EMC <br><br> **ISABELLA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LESS HUGHES; JENNIFER HARDY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16)** |

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Plaintiffs ISABELLA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES; JENNIFER HARDY certifies that other than the listed parties, no other parties have a direct, pecuniary interest in the outcome of this case.

Dated: June 16, 2008

SNYDER ♦ DORENFELD, LLP

By: _____
DAVID K. DORENFELD
Attorneys for Plaintiffs ISABELLA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES; JENNIFER HARDY

-1-

**PLAINTIFFS' CERTIFICATION OF INTERESTED PERSONS**

## CERTIFICATE OF SERVICE

The undersigned declare: I am over the age of 18 years and not a party to the within action. I am employed in the County where this service occurs. My business address is 5010 Chesebro Road, Agoura Hills, California 91301, my facsimile number is (818)865-4010. On the date shown below I served the foregoing document described as ISABELLA ANTONIA HUGHES JAMES, BY AND THROUGH HER Guardian Ad Litem JOHN LESS HUGHES; JENNIFER HARDY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16) on all interested parties in this action.

__by placing __ the original  X  a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Frank P. Kelly<br>Randall Haimovici<br>SHOOK, HARDY & BACON LLP<br>333 Bush Street, Suite 600<br>San Francisco, CA. 94104-2828 | **Attorneys for Defendant,**<br>**FORD MOTOR COMPANY** |

  x  **BY MAIL**

I deposited such envelope at Agoura Hills, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 16, 2008, at Agoura Hills, California.

_____
Eva Bingman