1  Frank P. Kelly (SBN: 083473)
   fkelly@shb.com
2  Randall Haimovici (SBN: 213635)
   rhaimovici@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | ISABELA ANTONIA HUGHES JAMES, by        | Case No. C08-02726 EMC
   | and through her Guardian Ad Litem JOHN LES
13 | HUGHES; JENNIFER HARDY,                 | **DECLINATION TO PROCEED
   |                                         | BEFORE A MAGISTRATE JUDGE
14 |              Plaintiffs,                |           AND
   |                                         | REQUEST FOR REASSIGNMENT TO
15 |   vs.                                   | A UNITED STATES DISTRICT COURT
16 |                                         | JUDGE**
17 | FORD MOTOR COMPANY; and DOES            |
   | 1 through 100, inclusive,               | Amended Complaint filed: March 26, 2008
18 |                                         |
   |              Defendants                 |
19

20

21

22

23

24

25

26

27
                                    - 1 -   DECLINATION TO PROCEED BEFORE A
28                                          MAGISTRATE JUDGE AND REQUEST FOR
                                    REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE
   141330v1                                            CASE NO.C08-02726EMC

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Court Judge.

Dated: July 1, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
FRANK P. KELLY
RANDALL D. HAIMOVICI

Attorneys for Defendant
FORD MOTOR COMPANY

141330v1

- 2 -  DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE
CASE NO. C08-02726EMC