1  Frank P. Kelly (SBN: 083473)
   fkelly@shb.com
2  Randall Haimovici (SBN: 213635)
   rhaimovici@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ISABELA ANTONIA HUGHES JAMES, by        Case No. C 08-02726 EMC
   and through her Guardian Ad Litem JOHN LES
12 HUGHES; JENNIFER HARDY,                 **CERTIFICATE OF SERVICE TO
                                           DECLINATION TO PROCEED
13              Plaintiffs,                BEFORE A MAGISTRATE JUDGE
                                           AND REQUEST FOR REASSIGNMENT
14       vs.                               TO A UNITED STATES DISTRICT
                                           COURT JUDGE**
15 FORD MOTOR COMPANY; and DOES
   1 through 100, inclusive,
16
                Defendants
17

18

19

20

21

22

23

24

25

26

27

28
                                                         CERTIFICATE OF SERVICE
                                    TO DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
                            AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE
                                                              CASE NO. C 08-02726 EMC
142029V1

# CERTIFICATE OF SERVICE

The undersigned declare: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104, my facsimile number is (415) 391-0281. On the date shown below I served the following document(s):

- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

on the interested parties named herein and in the manner indicated below:

| Attorneys for Plaintiffs<br>ISABELA ANTONIA HUGHES JAMES, by and through her Guardian Ad Litem JOHN LES HUGHES; JENNIFER HARDY | David K. Dorenfeld, Esq.<br>Bradley A. Synder, Esq.<br>SNYDER & DORENFELD, LLP<br>5010 Chesebro Road<br>Agoura Hills, CA 91301<br>Tel:   (818) 865-4000<br>Fax:  (818) 865-4010 |
|---|---|

__X__ **FIRST CLASS U.S. MAIL:** I placed a true and correct copy of said document(s) in a sealed envelope addressed as indicated above and deposited such envelope(s) in the mail at my business address, with postage thereon fully prepaid. I am readily familiar with my business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 2, 2008**, at San Francisco, California.

_____
Sy Vang

CERTIFICATE OF SERVICE
TO DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE
CASE NO. C 08-02726 EMC

142029V1