**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                          415.522.2000

**July 9, 2008**

**CASE NUMBER:  CV 08-02726 EMC**
**CASE TITLE:  ISABELA ANTONIA HUGHES JAMES-v-FORD MOTOR COMPANY**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/9/08

                                                                              FOR THE EXECUTIVE COMMITTEE:

                                                                              _____Richard W. Wieking_____
                                                                                                                   Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                              Entered in Computer 7/9/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA