1  Frank P. Kelly (SBN: 083473)
fkelly@shb.com
2  Randall Haimovici (SBN: 213635)
rhaimovici@shb.com
3  SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
4  San Francisco, California  94104-2828
Telephone: 415.544.1900
5  Facsimile:  415.391.0281

6  Attorneys for Defendant
FORD MOTOR COMPANY
7

8  David K. Dorenfeld (SBN 145056)
Bradley A. Snyder (SBN 108643
9  SNYDER DORENFELD, LLP
5010 Chesebro Road
10 Agoura Hills, California 91301
Telephone: (818) 865-4000
11 Facsimile:   (818) 865-4010

12 Attorneys for Plaintiffs
ISABELLA ANTONIA HUGHES JAMES, by and through
13 Her Guardian Ad Litem John Less Hughes;
Jennifer Hardy
14

15                **UNITED STATES DISTRICT COURT**

16               **NORTHERN DISTRICT OF CALIFORNIA**

17 | ISABELLA ANTONIA HUGHES JAMES, by | Case No. C 08-02726 CW |
and through her Guardian Ad Litem John Less
18 Hughes;
Jennifer Hardy,                              **JOINT RULE 26(F) REPORT,**
19                                              **CASE MANAGEMENT STATEMENT,**
          Plaintiffs,                          **AND [PROPOSED] CASE MANAGEMENT**
20                                              **ORDER**
   vs.
21                                              Date:   September 16, 2008
   FORD MOTOR COMPANY, and DOES                Time:   2:00 p.m.
22 1 through 100,inclusive,                     Place:  Courtroom 2
                                                Judge:  Honorable Claudia Wilken
23        Defendants.

24

25        Counsel for Plaintiffs Isabella Antonia Hughes James, by and through her Guardian Ad

26 Litem John Less Hughes, and Jennifer Hardy; and Defendant Ford Motor Company ("Ford") have

27 conferred pursuant to Fed. R. Civ. Proc. 26(f)(1)-(4) to consider the nature and basis of their claims,

28 possibilities for resolution of the case, and to develop a proposed discovery plan and arrange for

1
JOINT RULE 26(F) REPORT, CASE MANAGEMENT STATEMENT, AND
[PROPOSED] CASE MANAGEMENT ORDER

142778v1

1   initial disclosures.  Pursuant to Civil L.R. 16-9, the parties jointly submit this Case Management

2   Statement and Proposed Order and request the Court to adopt it as its Case Management Order in

3   this case.

4   **1.  JURISDICTION AND SERVICE**

5       Plaintiffs originally filed this action in Alameda County Superior Court on March 26, 2008.

6   On May 30, 2008, Defendant timely removed the action to this Court on the basis of diversity of

7   citizenship.

8   **2.  FACTS**

9       On February 7, 2006, Joseph James was driving his 1994 Ford Explorer on Westbound 580

10  as it transitions into Eastbound 80.  The Explorer veered into the wood and metal guard rail on the

11  left side of the freeway and caught fire.  Mr. James sustained fatal injuries in the accident.

12

13  **3.  LEGAL ISSUES**

14      **A**.      **Plaintiff's Legal Contentions**

15  Plaintiffs allege the Explorer caught fire because its fuel system was defective.

16      **B.      Defendant's Legal Contentions**

17  Defendant denies Plaintiffs' allegations and claims the accident was caused by Mr. James.

18  **4.  MOTIONS**

19      None anticipated at this time.

20  **5.  AMENDMENT OF PLEADINGS**

21      The parties propose September 30, 2008 as the deadline to amend pleadings.

22  **6.  EVIDENCE PRESERVATION**

23      The vehicle involved in this case is a critical physical evidence needed to determine whether

24  Defendant is liable to Plaintiffs.  The vehicle will need to be inspected numerous times by experts on

25  both sides to prepare for trial.  Plaintiffs will continue to preserve the vehicle, and defendant will

26  have access to the vehicles through plaintiffs' counsel on reasonable notice.

27

28

2

JOINT RULE 26(F) REPORT, CASE MANAGEMENT STATEMENT, AND
[PROPOSED] CASE MANAGEMENT ORDER

142778v1

1 | **7. DISCLOSURES**

2 |     The parties will exchange Rule 26 initial disclosures as set out below.

3 | **8. DISCOVERY**

4 |     The parties propose the following schedule based on a  February 1, 2010 trial date:

5 |     **A.**      **Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)**:  Plaintiffs and Defendant

6 | will serve their  Initial Disclosures on October 6, 2008.

7 |     **B.**      **Non-Expert Discovery Cut-Off:** October 1, 2009.

8 |     **C.**      **Experts Disclosures**

9 |           1.      **Plaintiff's Disclosure of Expert Witnesses and Reports**: October 8, 2009.

10 |           2.      **Defendant's Disclosure of Expert Witnesses and Reports**: October 22,

11 |                     2009.

12 |           3.      **Rebuttal reports:**  November 5, 2009.

13 |     **D**.      **Expert Witness Discovery Cut-Off**:  December 14, 2009.

14 |     **E.**      **Plaintiffs' experts will be deposed before Defendant's experts, per area of**

15 | **expertise**.

16 |     **F.**      **Proposed Changes in Limits On Discovery**:

17 |           1.      Fed. R. Civ. P. 26(b):  None.

18 |           2.      Fed. R. Civ. P.  30(a)(2)(A):  Given the nature of the present case and the

19 |                     number of parties, the parties waive the 10 deposition limit set forth in Fed. R.

20 |                     Civ. P. 30(a)(2)(A) and request 25 depositions per party, not including expert

21 |                     depositions.

22 |           3.      Fed. R. Civ. P. 30(a)(2)(B):  None.

23 |           4.      Fed. R. Civ. P. 30(a)(2)(C):  None.

24 |           5.      Fed. R. Civ. P. 30(d)(2):  None anticipated.

25 |           6.      Fed. R. Civ. P. 33(a):  The parties are allowed to propound 50 interrogatories

26 |                     without leave of court.

27 |

28 |

JOINT RULE 26(F) REPORT, CASE MANAGEMENT STATEMENT, AND
[PROPOSED] CASE MANAGEMENT ORDER

142778v1

**G.      Discovery Relating to Electronic, Digital, and/or Magnetic Date**:   The parties discussed the exchange of electronically stored information during their Rule 26 conference as contemplated by the Federal Rules of Civil Procedure.   The parties did not perceive any issues related to ESI at this time.   However, should electronic discovery issues arise, the parties agreed to meet and confer in a good faith effort to attempt to resolve any such issues prior to moving the court for relief.

**9.  CLASS ACTIONS**

        Not applicable.

**10.  RELATED CASES**

        There are no known cases that should be consolidated with this case.

**11.  RELIEF**

        Plaintiffs seek wrongful death damages.  Defendant seeks dismissal of this suit, costs and fees incurred as a consequence of this action.

**12.  SETTLEMENT AND ADR**

        Plaintiffs and Defendant have agreed to engage in private mediation.

**13.  CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

        Defendant does not consent to the assignment of this matter to a magistrate judge for trial.

**14.  OTHER REFERENCES**

        Not applicable.

**15.  NARROWING OF ISSUES**

        The parties agree it is premature at this time to narrow the issues because discovery has not yet begun.

**16.  EXPEDITED SCHEDULE**

        The parties do not anticipate the need for an expedited schedule at this time.

**17.  SCHEDULING**

        **A.      Non-Dispositive and Dispositive Pretrial Motions:**  January 8, 2010.

        **B.      Final Pretrial Conference:**  January 18, 2010.

JOINT RULE 26(F) REPORT, CASE MANAGEMENT STATEMENT, AND
[PROPOSED] CASE MANAGEMENT ORDER

142778v1

1 | **18. TRIAL**

2    The parties request a trial date of February 1, 2010.

3 | **19. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

4    The parties are not aware of any other parties that have a direct, pecuniary interest in the

5 | outcome of this case.

6

7   Dated: September 3, 2008                Respectfully submitted,

8                                           SHOOK, HARDY & BACON L.L.P.

9                                           By:   /s/ Randall D. Haimovici
                                                  FRANK P. KELLY
10                                                RANDALL HAIMOVICI

11                                                Attorneys for Defendant
                                                  FORD MOTOR COMPANY
12

13   Dated: September 3, 2008                Respectfully submitted,

14                                           SNYDER DORENFELD, LLP

15                                           By:   /s/  David K.Dorenfeld
                                                   DAVID K. DORENFELD
16                                                 BRADLEY A. SNYDER

17                                                 Attorneys for Plaintiffs
18                                                 ISABELLA ANTONIA HUGHES
                                                   JAMES, by and through her Guardian
19                                                 Ad Litem JOHN LES HUGHES;
                                                   JENNIFER HARDY.

20

21

22 | **CASE MANAGEMENT ORDER**

23    The Case Management Statement and Proposed Order is hereby adopted by the Court as the

24 | Case Management Order for the case and the parties are ordered to comply with this Order.

25

26 Dated: _____        _____

27                                      UNITED STATES DISTRICT JUDGE

28                          5
JOINT RULE 26(F) REPORT, CASE MANAGEMENT STATEMENT, AND
[PROPOSED] CASE MANAGEMENT ORDER

142778v1